DAVID RICHARD BARNES TS49573
Name and Prisoner/Booking Number

4AUE JAIL 3/A11/15
Place of Confinement

3250 W. Lower Buckeye Road
Mailing Address

Phoenix, Arizona 85009
City, State, Zip Code

(Failure to notify the Court of your change of address may result in dismissal of this action.)

FILED ✓   LODGED
RECEIVED   COPY
DEC 0 2 2019 ✓
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING TO FEDERAL AND/OR LOCAL RULES AND PRACTICES AND IS SUBJECT TO REJECTION BY THE COURT.
REFERENCE LACHP 5.4
(Rule Number/Section)

DAVID RICHARD BARNES                    ,
(Full Name of Plaintiff)

Plaintiff,

v.

1. (1) PINAL COUNTY SUPERIOR
(Full Name of Defendant)
1. (2) KOURTS JUDGE; GOOD DAY
2. (3) PINAL COUNTY JAIL
2. (4) SHRIFF MARC LAMB

Defendant(s).

□ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. **CV-19-05728-PHX-GMS--DMF**

(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT BY A PRISONER**

☑ Original Complaint
□ First Amended Complaint
□ Second Amended Complaint

## A.  JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   □ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☑ 28 U.S.C. § 1331; *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971).
   □ Other:_____

2. Institution/city where violation occurred: PINAL COUNTY SUPERIOR COURTS AND PINAL COUNTY JAIL FLORENCE ARIZONA

**550/555**

## B.  DEFENDANTS

1.   Name of first Defendant: *PRISIDING JUDGE AND JUDGE J HEMPEY GOODDAY* The first Defendant is employed as: *SUPIOR COURT JUDGE* at *PINAL SUPERIOR COURT*
<u>(Position and Title)</u>           <u>(Institution)</u>

2.   Name of second Defendant: *MARION LAMB*   The second Defendant is employed as: as: *PINAL COUNTY SHIRIEF* at *PINAL COUNTY JAIL* .
<u>(Position and Title)</u>           <u>(Institution)</u>

3.   Name of third Defendant:_____. The third Defendant is employed as:_____ at_____
<u>(Position and Title)</u>           <u>(Institution)</u>

4.   Name of fourth Defendant:_____. The fourth Defendant is employed as:_____ at_____
<u>(Position and Title)</u>           <u>(Institution)</u>

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C.  PREVIOUS LAWSUITS

1.   Have you filed any other lawsuits while you were a prisoner?   ☒ Yes   ☐ No

2.   If yes, how many lawsuits have you filed? *2* .   Describe the previous lawsuits:

  a.   First prior lawsuit:
  1.   Parties: *DAVID BARNES* v. *M.C.S.O JAILS*
  2.   Court and case number: *PHX U.S. DIST COURTS 2:19-CV-04695-PHX-DMF*
  3.   Result:  (Was the case dismissed?  Was it appealed?  Is it still pending?)_____ *STILL PENDING*

  b.   Second prior lawsuit:
  1.   Parties: *DAVID BARNES* v. *ARIZ DEPT OF CORRECTIONS*
  2.   Court and case number: *TUCSON DIST COURTS 4:19-CV-00379-RSOT*
  3.   Result:  (Was the case dismissed?  Was it appealed?  Is it still pending?)_____ *CASE NUMBER IS CLOSED DO TO MY ABILCKTY TO UNDERSTAND HOW TO AMEND A COMPLAINT*
  c.   Third prior lawsuit:
  1.   Parties:_____ v. _____
  2.   Court and case number:_____.
  3.   Result:  (Was the case dismissed?  Was it appealed?  Is it still pending?)_____ _____.

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

**D. CAUSE OF ACTION**

**COUNT I** *SEE ATTACHED*

1. State the constitutional or other federal civil right that was violated: ARS CONST. ART. 2 §10 §10. SELF INCRIMENENTION, DOUBLE JEOPERDY SECTION 10 N/O PERSON SHALL BE TWICE PUT IN JEOPERDY FOR THE SAME OFFENCE.

2. **Count I.** Identify the issue involved. Check **only one.** State additional issues in separate counts.

   ☐ Basic necessities      ☐ Mail            ☐ Access to the court    ☐ Medical care
   ☐ Disciplinary proceedings  ☐ Property        ☐ Exercise of religion   ☐ Retaliation
   ☐ Excessive force by an officer  ☐ Threat to safety  ☑ Other ARS CONST. ART. 2 §10 §10.

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   ON PINAL COUNTY SUPERIOR COURT CASE NUMBER CR201603195 IEDC I WAS SENTENCED 2 DIFFERENT TIMES. THIS FALLS UNDER DOUBLE JEOPERDY AND IS A VIOLATION OF MY CIVIL RIGHTS BY LAW. IN 2017 OF ABOUT FEBRUARY I WAS SENTANCE TO 1.5 YEAR AT A.D.O.C. TO START AFTER COMPLETING CASE #CR2016139 527-001 AT M.C.S.O. JAILS. ON DECEMBER 9 2017 IN DECEMBER OF 2017 I WAS SENTENCED AGAIN AT PINAL COUNTY SUPERIOR COURTS TO 1.0 YEARS A.D.O.C. ON CASE # CR201603195 IEDC THEN RECORDED THE JUDGE ORDERD ME RELEASED FROM PINAL COUNTY JAIL AND ADVISED ME TO WALC ACROSS THE STREET AND TURN MY SELF INTO A.D.O.C. FLORENCE COMPLEX. SEE ATTACHED COUNT I FOR FULL DICOVERY

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

   DOUBLE JEOPERDY IS WRONG BY LAW. THERE FORE I SHOULD NEVER HAVE SERVED ANY TIME AT ALL AT A.D.O.C. SEE ATTACHED DISCOVERY FOR DETAIL OF ABUSE BY INMATES AND OFFICERS FOR INJURIES

5. **Administrative Remedies:**

   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?                                                          ☐ Yes  ☑ No

   b. Did you submit a request for administrative relief on Count I?                    ☐ Yes  ☑ No

   c. Did you appeal your request for relief on Count I to the highest level?           ☐ Yes  ☑ No

   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. I HAVE A LEARNING DISABILITY A.D.H.D. AND WAS NOT AWARE OF ANY OF THESE REMADIES OR APPEALS. BECAUSE OF INEFFECTIVE COUNCEL BY FAULT OF PUBLIC DEFINDERS OFFICE AND STEEL HAVE A HARD TIME CONCIEPTING THE LAW TODAY

pg ①

ATTACHED COUNT 1

IN 2017 OF FEBUARY I WAS TRANSPORTED
TO PINAL COUNTY JAIL AND SENTENCED
TO 1.5 YEARS ON CASE #CR201603195/EDC
TO RUN CONCURENT WITH CASE #CR2016
139521-001 PROBATION THIL AFTER SERU-
IING 15 MONTH IN MCSO, UNICS. IN
DECEMBER OF 2017 JUST WHEN I WAS TO
BE TRANSPORTED TO A.D.O.C. TO SERU MY
1.5 YEARS. PINAL COUNTY SUPERIOR COURTS
BROUGHT ME BACK. TO WHARE I WAS
HELD IN THE COURTS TANK FOR OVER
24 HOURS THEN TAKEN TO COURT ON
CASE # CR201603195/EDC AND SENTENCED
AGIEN FOR THE SAME CRIME TO 1.0
YEARS WITCH IS DOUBLE JEOPERDY. ALSO
AT THE SECOND SENTENCING JUDGE
JOHN DOE STATED RECORDED I AM NOW
GOING TO ORDER YOU RELEASED. AND
ALSO THE ADVISED ME TO WALK ACROSS THE
STREET AND TOLD ME TO TURN MY SELF
IN TO A.D.O.C FLORENCE COMPLEX.
THEN THE JUDGE STATED RECORDED IT IS
UP TO PINAL COUNTY SHIRIFFS DEPT IF
I AM RELEASE AND IF I AM NOT FOR
ME TO SUE THEM THE STATE IS

ATTACHED COUNT-1

CLEAR OF THIS, THEN AGIRN FOR MY
SECOND TIME I SIGHNED THE PLEA,
THERE FOR THAT IS DOUBLE UEOPERDY
ALSO I WAS UNDER NO DERECTION OF A
PUBLIC DEFINDER AT THE SECOND SENTENCONY
AND STEEL REMAIN CONFUSED AS TO
WHAT WENT WRONG, TODAY AND AM IN
DIEP NEED OF LEGAL HELD AT THIS MOMENT
ALSO PINAL COUNTY SHIRIFFS DID NOT
RELEASE ME, AND I WENT A.D.O.C., FOR
A TERM OF 6 MONTHS TO WITCH IS LESS
THAN A YEAR, BECAUSE OF A.DOC, WHEATSTON
PRISON CORRUPTION AND DENIED ACCESS
TO THE WHEATSTONE LEGAL LIBRARY
AND TUCSON PAROLE CORRUPTION ALL
COPIES OF MY LEGAL DOCUMENT REMAIN LOST
IN REGARDS TO CASE #CR 201603195/EDC
THIS IS WHY I DO NOT HAVE THE JUDGES
NAMES AT THIS TIME TO BE NAMED
LATTER, THIS IS A VIOLATION OF ARIZ
CONSTATUTIONAL RIGHTS ARS, CONST, ART.2 §101,
§ 10 SELF INCRIMENYATION, DOUBLE JEOPERDY
SECTION 10, NO PERSON SHALL BE COMPELLED
IN ANY CRIMINAL CASE TO GIVE EVEDENCE
AGIANST HIM SELF OR BE TWICE PUT IN
JEOPERDY FOR THE SAME OFFENCE
I DO DEMAND JURY TRIAL IF NEED BE

*ARS. CONST. ART. 2§4*
*§4 DUE PROCESS OF LAW*

## COUNT II

1. State the constitutional or other federal civil right that was violated: SECT-4 NO PERSON SHALL BE DEPRIVED OF LIFE LIBERTY OR PROPERTY WITH OUT DUE PROCESS OF LAW

2. **Count II.** Identify the issue involved. Check **only one.** State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Disciplinary proceedings
   - ☐ Excessive force by an officer
   - ☐ Mail
   - ☐ Property
   - ☑ Threat to safety
   - ☐ Access to the court
   - ☐ Exercise of religion
   - ☑ Other: ARS. CONST ART 2§4 §4. DUE PROCESS OF LAW
   - ☐ Medical care
   - ☐ Retaliation

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   IN REGARDS TO CASE# CR201603195. ON MY ENITIAL ARREST I WAS INCARCERATED IN ARIZ PINAL COUNTY JAIL, S.M.I STATUS TO WHARE I WAS DETAINED OVER 24 HOURS WITH OUT A HEARING THEN RELEASED IN A STRANGE TOWN SICK WITH CELLULITIS IN MY LEGS AND FEET. TO WHARE COULD HARDLY WALK. ON MY RELEASE I WAS GIVEN MY PERSONAL CASH MONNEY ON A PINAL COUNTY JAIL DEBT CARD 357.00 THAT WAS NOT ATHERIZED BY FAULT OF JAIL PERSONAL JOHN DOE. LEAVING ME WITH THE ABILITY TO TO GET MY CAR SO MILES ONE DIRECTION. MY KEYS AND PROPERTY SO MILE ANOTHER DIRECTION. AND HOME SO MILES ANOTHER DIRECTION. I BARLEY MADE IT TO SAFEWAY GROCERY STORE IN CASA GRANDE. TO WHARE I BEUTFUL GOD LADY SAW MY DISSTRESS AND CALLED A AMBULANCE FOR ME. TO WHARE I WAS TREATED AND TAKEN TO BANNER BAYWOOD HOSPITAL IN MESA. AFTER I WAS RELEASED. I STILL COULD GET MY MONNEY FROM PINAL COUNTY JAIL TO WITCH COST THE LOSS OF MY CAR APARTMENT PROPERTY ETC.. SEE ATTACHED

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   LOSS OF PROPERTY ASSETS. LOSS OF FEELING IN MY FEET. P.T.S.D MENTAL TORMENT. LOSS OF FAMILY. HART BRENC. LOSS OF LEGAL DUE PROCESS OR ACCESS TO THE COURTS IN REGARDS I DID NOT HAVE MY MONNEY

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☑ Yes ☐ No
   b. Did you submit a request for administrative relief on Count II? ☑ Yes ☐ No
   c. Did you appeal your request for relief on Count II to the highest level? ☐ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. I TRIED TO SUBMIT PINAL COUNTY JAIL GRIEVANCES BUT I WAS DENITED FORMS

4

P4 ①

ATTACHED COUNT-II

AFTER MY RELEASE FROM BANNER BAY
WOOD HOSPITAL I COULD NOT GET HOME
BECAUSE I WAS STEEL BROKE AND COULD
NOT WALK BECAUSE OF THE CELLULITUS
I HAD HUGE OPEN SOURS ON THE
BOTTOMS OF BOTH SWELLED UP FEET
WITTNESS TO THIS IS JEFFERY ROTH
MARACOPA PUBLIC DEFINDER. I GOT HOME
TO MY ARARTMENT. 313 S PIONEER DR
MESA ARIZ 85202 APT-B MY MONEY
STEEL AT PINAL COUNTY JAIL, MY
KEYS CHASE BANK CARD PHONE LAP TOP
MISCCANIOS PROPERTY WAS AT ACKCHIN
POLICE DEPT IN MARACOPA CITY, AND
MY CAR WAS AT AK CHIN CASINO
BECAUSE OF PINAL COUNTY JAIL NOT
AUTHERIZING THERE CARD WITH
MY CASH MONEY 357°° I COULD NOT
GET MY KEYS MY COR MY ANTIBIOTICS
FOR MY SICKNESS I COULD NOT WALK
IN SEVERE PAIN COULD NOT GET TO
MY DOCTORS I WAS VERY MENTALLY
DISSTROTE OR JUST DONE TO WARE I
HAVE OUT STANDIING TAXI FAIR 1200°°
TOWING BILLS.

ATTACHED COUNT-II
OVER 1000⁰⁰ $ AMBULANCE RIDE
EVENTUALLY FAMILY FELL OUT LOST
EVERYTHING 2006 TOYOTA CAMERY
APARTMENT ASSETS IN MY APARTMENT
MENTAL STRESS P.T.S.D. PHISICAL
INJURIES TO MY FEET, BECAUSE
OF THE PROLONG TIME TO AQUIR MY
ANTIBIOTICS AND UNABILITY TO
MAKE DOCTOR APPOINTMENT NO CAR
OR MONEY I LOST FEELING IN
BOTH FEET, ALSO IN 2019 FEBUARY
ARIZONA STATE DEPT SENT ME NOTICE
OF MY MONEY FROM PINAL COUNTY
JAIL TRISURY DEPT, MY MONEY
TODAY STEEL SETS AT UNCLIAMED
PROPERTY 1600 W MONROE STREET
PHX ARIZ 85007 PHONE# 602) 716-6031
TO WHOME I HAVE CONTACTED AND
HAVE ADVISED PROMPT ATTN ON ACCT
NOT HAVEING MY MONEY IS CURRENTLY
HINDERING MY LEGAL DUE PROCESS
TO CASE # CR2016521-001 CR2019121606
AND STEEL PLAYS A ROLL IN ME NOT BEING
MENTALY AND PHISICALLY AND FINNALLY
TODAY, DEMAND JURY TRIAL IF NEED BE
FOR FINNICAL GAIN,

## COUNT III

1. State the constitutional or other federal civil right that was violated: *I WAS RELEASED PHISICALLY SICK AND S.M.I. STATUS THEREFORE IT IS THE JAILS OBLIGATION TO INSURE I GET HOME SAFELY*

2. **Count III.** Identify the issue involved.  Check **only one.**  State additional issues in separate counts.

   ☐ Basic necessities     ☐ Mail     ☐ Access to the court     ☐ Medical care
   ☐ Disciplinary proceedings     ☐ Property     ☐ Exercise of religion     ☐ Retaliation
   ☐ Excessive force by an officer     ☑ Threat to safety     ☐ Other:_____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   *IT IS THE OBLIGATION OF PINAL COUNTY JAILER JOHN DOE AND OR SHIRIFF MARK LAMB TO RE-VIEW MY S.M.I. STATUS, AND INSURE I HAVE SAFE TRANSPORTATION TO MY HOUSE OR HOSPITAL, THIS IS REQUIRED BY LAW IN THE STATE OF ARIZONA. THEREFORE ME BEING IN A STRANGE TOWN SUCH AS FLORENCE ARIZ 50 MILES AWAY FROM CAR HOME AND PROPERTY AND THE AGGERAVATING ISSUE OF PINAL COUNTY JAIL TO NOT AUTHORIZE MY PINAL COUNTY JAILER JOHN DOE ALL THIS IS EXTREMELY AGGERAVATED THREAT TO MY SAFETY AND HAS COST ME PT.S.D. ISSUES AND MY FAILING IN MY FEET DUE TO ME BEING HINDERED ON ACCESS TO A DOCTORS CARE OR HOSPITAL*

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   *FINNACIAL LOSS, NUM FEET FROM CELLURITUS PROLONG EXSPOSUR, MENTAL HARDSHIP OR PT.S.D.*

5. **Administrative Remedies.**

   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?     ☑ Yes    ☐ No

   b. Did you submit a request for administrative relief on Count III?     ☑ Yes    ☐ No

   c. Did you appeal your request for relief on Count III to the highest level?     ☑ Yes    ☐ No

   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. *I TRIED TO SUBMIT PINAL COUNTY JAIL GRIUANCES BUT I WAS DENIED FORMS*

If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.

## E.   REQUEST ∧ RELIEF

State the relief you are seeking:

I AM REQUESTING FINANCIAL GAIN, ALSO
REQUISTING ALL CHARGES TO BE SQUASHED
AND ERASED FROM MY RECORD DUE TO
ACTUAL INJURIES BY ME NOT HAVING MY
CAR, MONEY, CHANCE TO OBTAIN LEGAL
COUNSEL AND DOUBLE JEOPERDY
ARD. CONST. ART. 24 10 & 10 SECTION 10. ↑
MY CAR AND PROPERTY AND APARTMENT
BACK

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  11/17/19

DATE

_Don / R Banner_

SIGNATURE OF PLAINTIFF

_____

(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)

_____

(Signature of attorney, if any)

_____

(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space, you may attach no more than fifteen additional pages. But the form must be completely filled in to the extent applicable. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages.

Dar' Barnes 11/21/19

MY OUT SIDE INFORMATION
IS DAVID RICHARD BARNES
D.O.B 10-28-61 SS#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
MY OUT SIDE ADDRESS IS 8732
E FAIRFIELD ST MESA ARIZ 85207
WITH THE UNDERSTANDING THAT
ME AND MY SISTER BECKY
BARNES WHO OWENS THIS HOUSE
ARE CURRIENTLY HAVEING A
BROKEN RELATIONSHIP AND MOST
LICKLY MY OUT SIDE ADDRESS
WELL CHANGE. AS SOON AS I
AM RELEASED FROM INCARCERAT
AND THIS TIME I WELL NOTIFY THE
COURTS,

ACSO I WANT IT TO BE KNOOWEN
I DO HAVE A LEARNING DISABILLTY
AND IT HAS BEEN EXTREMELY HARD
TO LEARN HOW TO PROPERLY AMEND
A CIVIL COMPLAINT, ESSPECIALLY HERE
AT MCSO JAIL BECAUSE THAY VIOLATE
MY CIVIL RIGHTS BY NOT GIVEING ME
PHISICAL ACCESS TO A LEGAL LIBRARY,
AND COUNTY JAIL IS VERY DISSTRACTING
PLEASE BARE WITH ME UNTIL I AM
RELEASED TO A DOC WARE I CAN LEARN
HOW TO AMEND A COMPLAINT

# INMATE LEGAL REQUEST
## Petición Legal Para Recluso

**# OF PAGES ATTACHED:** *11*

Last Name (Apellido) *BARNES*    First Name (Primer Nombre) *DAVID*

Booking # (Numero de Registro) *T549573*    Date of Birth (Fecha de Nacimiento) *10/28/61*

Jail (Cárcel) *CADLE*    House (Casa) & Cell (Celda) *3/A/11/15*    Current Date (Fecha de Hoy) *11/20/19*

☐ **PRO-PER**    ☑ **PRO-SE**

Criminal CR # _____
(# Del Caso Criminal)

Justice/Municipal Court # _____
(# Justicia/Tribunal Municipal)

CR Attorney _____
(Abogado Defensor Del Caso Criminal)

Civil Action/AZ Superior Court CV # _____
(# Del Caso Civil/AZ Tribunal Superior)

Civil Rights/USDC # _____
(# Del Caso De Derechos Civiles)

Child Support Case DR/FN/FC # _____
(# Del Caso De Manutención De Los Hijos)

## CHECK APPROPRIATE BOX (MARQUE LA OPCIÓN APROPIADA)

**Inmate Legal Request (Petición Legal para Recluso):**

☐ Court Filings (Archivar)
☑ Delivery of Documents (Entregar)
☐ Legal Supplies (Artículos Legales)
☐ Legal Research (Investigación Legal)

☐ Legal Forms (Formularios Legales)
☑ Mailing (Envió Por Correo)
☐ Notary-specify type of document
_____(Notario)

**I.L.S.**
REC'D NOV 21 2019
RET'D NOV 21 2019

## PRINT ONLY (IMPRIMA SOLAMENTE) AND PRINT CLEARLY (ESCRIBA CLARAMENTE)

Please explain your request or questions (Por favor de explicar su solicitud o preguntas). No more than five (5) requests per request form (No más de cinco (5) peticiones por forma de petición para recluso).

1) *FOR I.L.S. TO HINDER MY LEGAL DUE PROCESS IS A CIVIL*
2) *RIGHTS INVOCTION CASE # CR2016144377/CR2016139521/*
3) *AND CR20160395/EDC ARE ALL MARRIED AND IN RELATION*
4) *THEREFORE I.L.S. IS SUBJECT TO PROCESS MY SSO/SSS*
5) *CIVIL COMPLAINT TO THE U.S. DIST COURTS PHX*
*PROMPT ATTN PLEASE OR I WILL GRIEVE THIS*

Inmate's Signature (Firma del Recluso) *David Barnes*

Officer's Signature & Serial # *(D.M) B0760* Pg (11) ATTH

Time and Date Rec'd *1344 11/20/19*

**DO NOT WRITE BELOW THIS LINE – FOR I.L.S. USE ONLY**
**(NO ESCRIBA DEBAJO DE ESTA LINEA – PARA USO EXCLUSIVO DE LA OFICINA DE ILS)**

AS STATED BEFORE; THIS IS CONSIDERED A PRIVATE ACTION AND NOT RELATED TO YOUR CURRENT INCARCERATION. ILS ASSISTS WITH A CURRENT CIVIL CASE OR CASES THAT ARE FILED DUE TO A CURRENT INCARCERATION.

B3638

# INMATE LEGAL REQUEST
## Petición Legal para preso

10 PgS

Last Name (Apellido) BARNES          First Name (Primer Nombre) DAVID

Booking # (Numero Fichado) 7549573          Date of Birth (Fecha de Nacimiento) 10/28/61

Jail (Carcel) 4ROVE     House (Casa) & Cell (Celda) 3A1.15     Todays Date (Fecha De Hoy) 11/19/19

☐ PRO-PER                              ☐ PRO-SE

Criminal CR #_____          Civil Action CV #_____
(# Del Caso Criminal)                  (# Del Caso Civil)

CR Attorney_____            Civil Rights #_____
(Abogado Defensor Del Caso Criminal)   (# Del Caso De Derechos Civiles)

                                       Domestic DR/FN/FC #_____
                                       (# Del Caso De Derechos De Familia/Relaciones Domesticas)

## CHECK APPROPRIATE BOX (MARQUE LA OPCION APROPIADA)

**Inmate Legal Request (Solicitud Legales):**

☑ Copies(1 Copy Only [Legal Doc])
   (Copias(Una Copia Solamente [Documentos Legales]))
☐ Court Filings (Archivar)          ☐ Legal Forms (Formularios Legales)
☑ Delivery (Entregar)               ☐ Mailing (Envio Por Correo)
☐ Legal Supplies (Articulos Legales) ☐ Notary (Notario)
☐ Legal Research (Investigacion Legal)

ATTACHED–10-PgS

| I.L.S. |
| REC'D NOV 2 0 2019 |
| RET'D NOV 2 0 2019 |

### PRINT ONLY (IMPRIMA SOLAMENTE)

Please explain your request or questions. Print Clearly. (Por favor de explicar su solicitud o pregunta. Escribir claramente.) MY CURRENT PROBATION VIOLATION CASE #S CR2016944377+CR2016139521 WERE RUN CONCURENT WITH CR20160345 THEREFOR BY LAW I LS SHOULD PROCESS MY 550/555 TO THE CLERK OF U.S. COURTS PHX FOR A CASE NUMBER (BY LAW)    THANK YOU

Inmate's Signature (Firma Del Recluso)    Officer's Signature & Serial #    Time and Date Rec'd
_Dvd Barnes_                              B0473                            2240  11-19-79

### DO NOT WRITE BELOW THIS LINE–FOR I.L.S. USE ONLY
### (NO ESCRIBA DEBAJO DE ESTA LINEA–PARA USO EXCLUSIVO DE LA OFICINA DE ILS)

RESUBMIT FOR DELIVERY  Dvd Barn 11/20/19

YOUR 12 PAGE DOCUMENT TO THE USDC HAS BEEN RETURNED. ILA CANNOT PROCESS IT AS SUBMITTED.

THIS IS CONSIDERED A PRIVATE ACTION AND NOT RELATED TO YOUR CURRENT INCARCERATION. NEITHER CASE YOU HAVE LISTED ARE RELATED TO YOUR CURRENT CRIMINAL CASE (CR2019-121606

THE CLAIM YOU ARE WANTING FILED RELATES TO A SEPARATE CASE THAT HAD OCCURRED PRIOR TO YOUR CURRENT INCARCERATION. ILS ASSISTS WITH CURRENT CASE OR CASES THAT ARE FILED DUE TO A CURRENT INCARCERATION.

B3638

5000-060 R2/10 96636-212          White – Officer     Yellow – Inmate